# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148831

IN RE DANIELS

_____

SEAN DANIELS,

     Plaintiff-Appellant,

v

                                        SC: 148831
                                        CoA: 317038

WAYNE CIRCUIT COURT JUDGE,

     Defendant-Appellee.

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 5, 2014, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2014



jam

Clerk